No. 314. WALEY *v.* JOHNSTON, WARDEN. December 9, 1940. Motion for leave to file petition for rehearing granted, and the petition is denied.

No. 476. McQUILLEN ET AL. *v.* NATIONAL CASH REGISTER CO. ET AL. December 9, 1940. The petition for rehearing is denied. The CHIEF JUSTICE took no part in the consideration and decision of this application.

No. 16. INTERNATIONAL ASSOCIATION OF MACHINISTS; TOOL & DIE MAKERS LODGE No. 35, ETC. *v.* NATIONAL LABOR RELATIONS BOARD. December 9, 1940.

No. 26. WEST INDIA OIL CO. (PUERTO RICO) *v.* DOMENÉCH, TREASURER OF PUERTO RICO. December 9, 1940.

No. 435. CONTINENTAL CASUALTY CO. *v.* UNITED STATES. December 9, 1940.

No. 492. PRICE *v.* MOINET, JUDGE. December 9, 1940.

No. 420. BEN ADLER SIGNS, INC. ET AL. *v.* WAGNER SIGN-SERVICE, INC. December 16, 1940. Motion for leave to file petition for rehearing denied.

No. 13. UNITED STATES *v.* STEWART. December 16, 1940.